IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES E. WARWICK AND BARBARA RHEA WARWICK,<br><br>    PLAINTIFFS,<br><br>V.<br><br>RMK HIGH INCOME FUND, INC., RMK STRATEGIC INCOME FUND, INC., RMK ADVANTAGE INCOME FUND, INC., RMK MULTI-SECTOR HIGH INCOME FUND, INC., REGIONS FINANCIAL CORPORATION, MK HOLDING, INC., MORGAN ASSET MANAGEMENT, INC., JAMES C. KELSOE, JR., CARTER E. ANTHONY, BRIAN B. SULLIVAN, JOSEPH THOMPSON WELLER, ALLEN B. MORGAN, AND J. KENNETH ALDERMAN,<br><br>    DEFENDANTS. | CASE NO. 2:13-cv-02653 |

**ORDER TRANSFERING *WARWICK* TO JUDGE MAYS FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS WITH MDL ACTION**

This matter is before the Court on Defendants Regions Financial Corporation, MK Holding, Inc., Morgan Asset Management, Inc., James C. Kelsoe, Jr., Brian B. Sullivan, Joseph Thompson Weller, Allen B. Morgan, and J. Kenneth Alderman's Motion to Transfer to Judge Mays for Coordinated or Consolidated Pretrial Proceedings with MDL Action (PACER Doc. 40). The Court finds that the Motion is due to be **GRANTED** as it appears that this action arises from similar factual allegations as those found in the previously centralized actions in MDL No. 2009 before Judge Mays – including, that plaintiffs suffered steep losses on investments in

various Regions Morgan Keegan investment funds. Moreover, the transfer is consistent with the purposes of centralization under 28 U.S.C. § 1407, including eliminating duplicative discovery, preventing inconsistent pretrial rulings, and conserving the resources of the parties, their counsel, and the judiciary.

Accordingly, pursuant to Local Rule 83.8(d), the Court **ORDERS** this action transferred to the Honorable Samuel H. Mays, Jr. for coordinated or consolidated pretrial proceedings with MDL 2009.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: October 10, 2013