AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| James E. Warwick, et al. <br><br> *Plaintiff(s)* <br> v. <br> RMK High Income Fund Inc., et al. <br><br> *Defendant(s)* | Civil Action No. 2:13-cv-02653-STA-dkv |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brian B. Sullivan
24 Woodhill Road
Mountain Brook, AL 35213-3934

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher S. Campbell
HARRIS SHELTON HANOVER WALSH, PLLC
One Commerce Square Building
40 S. Main Street, Suite 2700
Memphis, TN 38103 Telephone: (901) 525-1455

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/20/2013                                       s/Julia Davis
                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-02653-STA-dkv

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
Served by Certified Mail, Return Receipt, Article No.: 7012-3460-0001-6926-0645 attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                            *Server's signature*

                                                _____
                                                            *Printed name and title*

                                                _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name): EB Sullivan   C. Date of Delivery: 10/9/13 |
| 1. Article Addressed to:<br><br>Brian B. Sullivan<br>24 Woodhill Road<br>Mountain Brook, AL 35213-3934<br><br>#20911.0007 (Warwick) | D. Is delivery address different from item 1? ☐ Yes   ☑ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7012 3460 0001 6926 0645 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540